No. **CR-08 00198 JW**

E-FILING

FILED

PVT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### *SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA
### *vs.*
### JOSE BRAVO-AGUILAR

---

## INDICTMENT

**COUNT ONE**: Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this 26 day of March

A.D. 2008

_____
United States Magistrate Judge

Bail. $ no bail

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 MAR 26 P 1: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08 00198 JW PVT |
| Plaintiff, ) | |
| v. ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| JOSE BRAVO-AGUILAR, ) | |
| Defendant. ) | SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

On or about March 8, 2008, the defendant,

JOSE BRAVO-AGUILAR,

an alien, previously having been arrested and deported from the United States on or about August 4, 1997 and September 25, 2000, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in

//

INDICTMENT

1  violation of Title 8, United States Code, Section 1326.

2

3  DATED: 3/26/08                                      A TRUE BILL.

4

5                                                     _____
                                                       FOREPERSON
6

7  JOSEPH P. RUSSONIELLO
   United States Attorney
8

9  _____
10 JOHN GLANG
   Acting Chief, San Jose Branch Office
11

12

13 Approved as to form: _____
                           SAUSA B. KENNEDY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

--- Name of District Court, and/or Judge/Magistrate Location ---
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2008 MAR 26 P 4:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

### PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

--- DEFENDANT - U.S. ---

JOSE BRAVO-AGUILAR

DISTRICT COURT NUMBER

**CR-08 00198 JW**

PVT

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BENJAMIN KENNEDY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: