UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/28/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-00198 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Jose Bravo-Aguilar ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

1. Disposition Hearing
2. Judgment and Sentencing Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant plead to Count 1 of the Indictment. A plea agreement was executed in open Court. The Defendant waved referral to the Presentence Investigation Report. The Court proceeded with Judgment and Sentencing. The Court committed the Defendant to 37 months BOP custody, 3 years supervised release under the standard conditions and Court imposed special conditions of supervised release, $100 special assessment. The Defendant is remanded to the custody of the United States Marshal Service.


Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/28/2008  
**Case No.:** CR-08-00198 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

### TITLE

U.S.A. v. Jose Bravo-Aguilar ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy  
**Attorney(s) for Defendant(s):** Lara Vinnard  

### PROCEEDINGS

1. Disposition Hearing
2. Judgment and Sentencing Hearing

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant plead to Count 1 of the Indictment. A plea agreement was executed in open Court. The Defendant waved referral to the Presentence Investigation Report. The Court proceeded with Judgment and Sentencing. The Court committed the Defendant to 37 months BOP custody, 3 years supervised release under the standard conditions and Court imposed special conditions of supervised release, $100 special assessment. The Defendant is remanded to the custody of the United States Marshal Service.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed/C. Escolano**  
CC: