**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11   UNITED STATES OF AMERICA,                NO. CR 08-00198 JW
12            Plaintiff,                      **SEALING ORDER PURSUANT
                                              TO GENERAL ORDER 54**
13        v.
14   JOSE BRAVO-AGUILAR
15            Defendant.
                                      /
16
     The following documents in this action are placed under seal and shall not be opened except by
17   the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise
     opened except by order of this court upon application.
18
19       ___    Presentence Report
20       ___    Plea Agreement
21        X     Statement of Reasons
22
23       ___    _____
                   (Other)
24
25   Dated: April 30, 2008                    _____
                                              JAMES WARE
26                                            United States District Judge
27
28

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2  United States Marshal Service
   280 South First Street
3  San Jose CA 95113

5  **Dated: April 28, 2008**               **Richard W. Wieking, Clerk**

7                                           **By:** *Elizabeth C. Garcia*
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California